UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INGENUITY13 LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　Defendant. | Case No.: 5:12-CV-04980 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERNCE** |

The above-entitled action is scheduled for a Case Management Conference on January 25, 2013. In light of Plaintiff's Motion to Continue the Case Management Conference, (see Docket Item No. 13), the Court finds an appearance unnecessary at this time. Accordingly, the Court continues the Case Management Conference to May 24, 2013 at 10:00 a.m. The parties shall file a joint case management statement by May 17, 2013.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-04446 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERNCE